# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PETER BOWSE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Civil Action No.15-cv-04037 |
| ) | |
| PORTFOLIO RECOVERY ) | Honorable Jorge L. Alonso |
| ASSOCIATES, LLC ) | |
| ) | |
| Defendant. ) | |

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO PARTIES STIPULATION

The Parties, by and through their attorneys, respectfully move this Court, pursuant to Rule 16 of the Federal Rules of Civil Procedure, to enter a final judgment pursuant to the Parties' entered Agreed Stipulation [82], and in support of this motion states as follows:

1. On April 10, 2017, the parties entered an agreed stipulation that Plaintiff is entitled to $1,000, representing the amount of statutory damages for a violation of the FDCPA; and that Defendant reserves the right to appeal the finding that it violated the FDCPA. (Dkt. #82).

2. With the court having already entered summary judgment in favor of Plaintiff and against Defendant on liability (Dkt. # 73), and the parties having stipulated that Plaintiff is entitled to $1,000 in statutory damages, pursuant to 15 U.S.C. § 1692k (Dkt. # 82), the parties request that a final judgment be entered pursuant to the parties' stipulation that judgment is entered in favor of plaintiff and against defendant in the amount of $1,000.00.

WHEREFORE, the Parties, for the reasons explained above, respectfully moves this Court to enter a final judgment in this matter, and for such other relief as this Court deems proper.

Respectfully submitted,

Bryan Thompson
The Thompson Law Firm, P.C.
20 N. Clark St., Suite 3100
Chicago, IL 60602
E-mail:  bryan@bryanthompsonlaw.com
Phone: 312-300-4167                                 By:     /s/ *Bryan Thompson*
                                                             Bryan Thompson


David M. Schultz
Raven B. Mackey
Hinshaw & Culbertson LLP                            By:     /s/ *Raven B. Mackey*
222 North LaSalle Street, Suite 300                         Raven B. Mackey
Chicago, IL 60601-1081
Tel:     312-704-3000